IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GODFREY PANAM** | **:** | **CIVIL ACTION NO. 1:15-cv-1867** |
| | **:** | |
| **Petitioner** | **:** | **(Judge Kane)** |
| | **:** | **(Magistrate Judge Saporito)** |
| **v.** | **:** | |
| | **:** | |
| **LORETTA LYNCH, Attorney** | **:** | |
| **General of the United States of** | **:** | |
| **America, et al.** | **:** | |
| | **:** | |
| **Respondents** | **:** | |

## O R D E R

Before the Court in the captioned action is an October 5, 2015 Report and Recommendation of the Magistrate Judge.  No timely objections have been filed.

**ACCORDINGLY**, this 23rd  day of October 2015, upon review of the record and the applicable law,  **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Saporito (Doc. No.17).

2)  The Petition for Writ of Habeas Corpus (Doc. No. 1) is **DISMISSED as moot**.

3) The Clerk of Court shall **CLOSE** this case.

s/ Yvette Kane
YVETTE KANE, District Judge
United States District Court
Middle District of Pennsylvania